IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDWARD TYRONE RIDLEY,

    Petitioner,

v.

STATE OF GEORGIA, et al.,

    Respondents.

CIVIL ACTION NO.
1:15-CV-4139-RWS

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John K. Larkins, III [Doc. No. 34]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 34] is hereby approved and adopted as the opinion and order of this Court. As such, Petitioner's original habeas petition [Doc. No. 1] and his ten motions asking the Court to grant habeas relief [Doc. Nos. 3, 4, 5, 8, 13, 14, 19, 27, 28, and 32] are DENIED as moot.

Petitioner's Motion to Submit Double Jeopardy as Additional Ground [Doc. No. 36] was not the subject of the Report and Recommendation, but it is likewise DENIED as moot. This action is DISMISSED. A Certificate of Appealability is

AO 72A
(Rev.8/82)

DENIED.

**SO ORDERED**, this 19th day of April, 2016.

_____
**RICHARD W. STORY**
United States District Judge

DENIED.

**SO ORDERED**, this 19th day of April, 2016.

_____
**RICHARD W. STORY**
United States District Judge

DENIED.

**SO ORDERED**, this 19th day of April, 2016.

_____
**RICHARD W. STORY**
United States District Judge